# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

DOUG MCGONEGLE,

        Plaintiff,

v.

SELECT COMFORT RETAIL CORPORATION,

        Defendant.

Case No. 1:19-cv-00442-DRC

**VERDICT FORM**

**QUESTION NO. 1:**

On the claim that Defendant Select Comfort Retail Corporation ("Sleep Number") terminated Plaintiff Doug McGonegle because of an actual or perceived physical impairment in violation of the Americans with Disabilities Act and the Ohio Civil Rights Act, we find in favor of:

    __X__ Plaintiff Doug McGonegle

    _____ Defendant Sleep Number

**Note:** Answer the remaining questions only if the above finding is in favor of the Plaintiff. If the above finding is in favor of the Defendant, each of you should sign and date this form because you have completed your deliberations.

**QUESTION NO. 2:**

We find Plaintiff Doug McGonegle's lost wages and benefits to be:

$ __61,248.85__ (stating the amount or, if none, write the word "none").

**QUESTION NO. 3:**

We find Plaintiff Doug McGonegle's other compensatory damages, excluding lost wages and benefits, to be:

$61,248.85 (stating the amount, or, if you find that Plaintiff's damages have no monetary value, set forth a nominal amount such as $1.00).

**Note:** Answer the remaining question only if you find that punitive damages are appropriate. Otherwise, each of you should sign and date this form because you have completed your deliberations.

**QUESTION NO. 4:**

We award Plaintiff Doug McGonegle punitive damages in the amount of:

$500,000 (stating the amount or, if none, write the word "none")

Date: 2/18/2022